SORENSON AND SORENSON ASSOCIATES ET AL. *v.*
PLANNING AND ZONING COMMISSION OF THE
TOWN OF BETHANY ET AL.
(7861)

BORDEN, O'CONNELL and LAVERY, Js.

Argued December 7—decision released December 27, 1989

*Jane W. Freeman,* for the appellants (plaintiffs).

*Gerald P. Dwyer,* town counsel, for the appellees
(named defendant et al.).

*Priscilla C. Mulvaney,* for the appellee (defendant
Elsie M. Halter).

PER CURIAM. This case is controlled by *Intervale
Homeowners Assn.* v. *Environmental Protection Board,*
19 Conn. App. 334, 562 A.2d 536 (1989).

There is no error.